RECEIPT NUMBER
530772

**ORIGINAL**

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

9

LESLIE PURNELL
Plaintiff

-vs-

ARROW FINANCIAL SERVICES, LLC,
Defendant

JUDGE : Cleland, Robert H.
DECK  : S. Division Civil Deck
DATE  : 09/01/2005 @ 13:06:21
CASE NUMBER : 2:05CV73384
CMP LESLIE PURNELL V. ARROW
FINANCIAL SERVICES, SI, TAM

**DEMAND FOR JURY TRIAL**

MAGISTRATE JUDGE KOMIVES

## COMPLAINT & JURY DEMAND

*Leslie Purnell states the following claims for relief:*

### JURISDICTION

1. This court has jurisdiction under the FDCPA, 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

2. This court may exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts which give rise to the Federal law claims.

### PARTIES

3. The Plaintiff to this lawsuit is Leslie Purnell who resides in Detroit, MI 48221.

4. The Defendants to this lawsuit is Arrow Financial Services, LLC ("Arrow Financial") which is a corporation doing business in Michigan at 5996 W. Touhy Ave., Niles, IL 60717, and whose resident agent, The Corporation Company, maintains its office at

1

30600 Telegraph Road Suite 2345, Bingham Farms, MI 48025.

5. At all relevant times Arrow Financial -- in the ordinary course of its business -- regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

6. Arrow Financial is a debt collector" under the FDCPA, 15 U.S.C. §1692(6)

7. Arrow Financial is a "collection agency" under the Michigan Occupational Code, M.C.L. §399.902(b); alternatively Arrow Financial is a "regulated person" under the Michigan Debt Collection Practices Act, M.C.L. § 445.251(g)(xi).

## VENUE

8. The transactions and occurrences which give rise to this action occurred in Wayne County.

9. Venue is proper in the Eastern District of Michigan.

## GENERAL ALLEGATIONS

10. Some time prior to, Arrow Financial was engaged to collect a debt originating during the 1980's from the fraudulent purchase of a set of tires from Montgomery Wards by a thief.

11. Mr. Purnell disputed that debt with Montgomery Wards and its credit card servicers and heard nothing more of the debt until the mid 1990's, at which time another entity sought to collect the debt.

12. Mr. Purnell again disputed the debt and heard nothing more until approximately

calendar year 2001when Arrow contacted him to collect the debt which was at that time approximately fifteen years old.

13. Arrow then posted the account information regarding the debt to Mr. Purnell's consumer reports thereby making false representations of the amount owed, the fact that Mr. Purnell owed the amount, and the date of last activity of the debt.

14. As a direct result of this activity by Arrow, Mr. Purnell suffered damages in the form of increased insurance rates on his homeowners and auto insurance.

## COUNT I – Fair Debt Collection Practices Act (Arrow Financial)

15. Mr. Purnell incorporates the preceding allegations by reference.

16. Arrow Financial has engaged in violations of the FDCPA including, but not limited to the following:

   a. Arrow Financial used generally false, misleading or unfair methods to collect the debt., in violation of the general prohibitions in 15 U.S.C. §1692e.

   b. Arrow Financial made a false representation of-- (A) the character, amount, or legal status of the debt; or (B) any services rendered or compensation which may be lawfully received by Arrow Financial for the collection of the debt, in violation of 15 U.S.C. §1692e(2).

   c. Arrow Financial communicated or threatened to communicate credit information which is known or which should be known to be false, in violation of 15 U.S.C. §1692e(8).

    d.    Arrow Financial collected an amount without express authorization under the agreement creating the debt or other statutory authority in violation of 15 U.S.C. 1692(f)(1).

17. Mr. Purnell has suffered damages as a result of Arrow Financial's violations of the FDCPA.

### COUNT II – Michigan Occupational Code (alternative to Count III)

18. Mr. Purnell incorporates the preceding allegations by reference.

19. Arrow Financial Services, LLC is a "collection agency" as that term is defined in M.C.L. §339.901(b).

20. Mr. Purnell is a debtor as that term is defined in M.C.L. §339.901(f).

21. Arrow Financial Services, LLC 's foregoing acts in attempting to collect this alleged debt against Mr. Purnell constitute violations of the Occupational Code including but not limited to the following:

    a.    (a) Communicating with a debtor in a misleading or deceptive manner, such as using the stationery of an attorney or the stationery of a credit bureau unless it is disclosed that it is the collection department of the credit bureau.

    b.    (e) Making an inaccurate, misleading, untrue, or deceptive statement or claim in a communication to collect a debt or concealing or not revealing the purpose of a communication when it is made in connection with collecting a debt.

    c.    (f) Misrepresenting in a communication with a debtor any of the following:(i)

       The legal status of a legal action being taken or threatened. (ii) The legal rights of the creditor or debtor. (iii) That the nonpayment of a debt will result in the debtor's arrest or imprisonment, or the seizure, garnishment, attachment, or sale of the debtor's property. (iv) That accounts have been turned over to innocent purchasers for value.

22. Mr. Purnell has suffered damages as a result of Arrow Financial's violations of the Michigan Occupational Code.

23. Arrow Financial's violations of the Michigan Occupational Code were willful.

### COUNT III – Michigan Debt Collection Practices Act (alternative to Count II)

24. Mr. Purnell incorporates the preceding allegations by reference.

25. Arrow Financial violated the Michigan Collection Practices Act, M.C.L. §445.251 *et seq.* include, but are not limited to, the following

    a. Communicating with a debtor in a misleading or deceptive manner, such as using the stationery of an attorney or credit bureau unless the regulated person is an attorney or is a credit bureau and it is disclosed that it is the collection department of the credit bureau, in violation of M.C.L. §445.252(a).

    b. Making an inaccurate, misleading, untrue, or deceptive statement or claim in a communication to collect a debt or concealing or not revealing the purpose of a communication when it is made in connection with collecting a debt in violation of M.C.L. §445.252(e).

    c.    Misrepresenting in a communication with a debtor 1 or more of the following in violation of M.C.L. §445.252(f).:

        i.    The legal status of a legal action being taken or threatened.

        ii.    The legal rights of the creditor or debtor.

        iii.    That the nonpayment of a debt will result in the debtor's arrest or imprisonment, or the seizure, garnishment, attachment, or sale of the debtor's property.

        iv.    That accounts have been turned over to innocent purchasers for value.

26.    Mr. Purnell has suffered damages as a result of Arrow Financial's violations of the Michigan Collection Practices Act.

### DEMAND FOR JURY TRIAL

27.    Plaintiff demands trial by jury in this action.

### DEMAND FOR JUDGMENT FOR RELIEF

28.    *Accordingly, Mr. Purnell requests that the Court grant:*

    *a.*    *Actual damages.*

    *b.*    *Statutory damages.*

    *c.*    *Treble damages.*

    *d.*    *Statutory costs and attorney fees.*

Respectfully Submitted,

LYNGKLIP & TAUB
CONSUMER LAW GROUP, PLC

By: _____
Ian B. Lyngklip P47173
Attorney For Leslie Purnell
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 746-3790
IanLaw@Pop.Net

Dated: August 31, 2005

7

**ORIGINAL**

JS 44 11/99 **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: Wayne 26163

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**

LESLIE PURNELL

**DEFENDANTS**

ARROW FINANCIAL SERVICES, LLC

(b) County of Residence of First Listed: Wayne 26163

County of Residence of First Listed: _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)

Lyngklip & Taub Consumer Law Group, PLC
24500 Northwestern Hwy., Ste. 206, Southfield, MI 48075
(248) 746-3790

Attorneys (If Known): **05-73384**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLA | DEF |  | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21: 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 320 Assault Libel And Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | [X] 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act |  |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiff brings this cause of action for violations of the FDCPA 15 U.S.C. §1692c, and M.C.L. §339.901

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    $DEMAND    CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE: 7/1/05

SIGNATURE OF ATTORNEY OF RECORD: _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :